IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| ROBERT DAVID HILL, | : | |
| Plaintiff | : | |
| VS. | : | |
| GEORGIA DEP'T OF CORRECTIONS, *et al.*, | : | NO. 7:05-CV-134(HL) |
| Defendants | : | |
| | : | **ORDER TO SUPPLEMENT** |

Plaintiff **ROBERT DAVID HILL**, apparently now a former prisoner, has filed a *pro se* civil rights complaint under 42 U.S.C. § 1983. He has paid the required initial partial filing fee of $5.93 as ordered by the court on January 10, 2006.

Among other allegations, plaintiff states that he was denied proper medical care during the approximately seven months he was confined at the Robert L. Patten Probation Detention Center. Plaintiff does not explain the nature of his medical needs. Plaintiff additionally asserts general claims of negligence, retaliation, and "providing false information."

Upon initial review of plaintiff's complaint, the Court finds that additional information is needed before a proper evaluation of his claims and allegations can be made. Accordingly, plaintiff is instructed to supplement his complaint by describing the specific actions or omissions of each named defendant which he alleges constituted mistreatment of plaintiff. Plaintiff must describe in detail how each of the defendants is responsible for the alleged deprivation of his constitutional rights. With respect to the allegation of denial of medical care, plaintiff is to provide specific

information as to the type of injuries or the specific condition from which he suffered, the individuals from whom he requested medical assistance, and the results of his requests for medical assistance. In addition, if plaintiff is alleging that he has suffered any injury, illness, or other adverse consequences as a result of defendants' misconduct, he is instructed to describe with specificity the nature of those consequences.

Plaintiff is hereby given twenty (20) days from receipt of this order to submit a supplement to his complaint, limited to these claims only. No other claims will be considered. If plaintiff fails to respond to this order in a timely manner, this action shall be dismissed. There shall be no service of process until further order of the court.

**SO ORDERED**, this 16th day of March, 2006.

/s/ Richard L. Hodge
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE