IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| ROBERT DAVID HILL, : | |
| : | |
| Plaintiff : | |
| : | |
| VS. : | |
| : | |
| : | |
| GEORGIA DEP'T OF CORRECTIONS, : | |
| *et al.*, : | |
| : | NO. 7:05-CV-134(HL) |
| Defendants : | |
| : | **O R D E R** |

Plaintiff **ROBERT DAVID HILL** tendered the above styled *pro se* civil rights complaint under 42 U.S.C. § 1983. On March 16, 2006, the Court instructed plaintiff to submit a a supplement to his complaint to provide more specific facts about each defendant's knowledge of and personal involvement in plaintiff's claims. It has now been brought to the Court's attention that plaintiff's copy of the March 16th order was returned as undeliverable. Plaintiff has not notified this Court of his release or his whereabouts.

As this Court has no information regarding plaintiff's whereabouts, it is hereby **ORDERED** that plaintiff's complaint be **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED**, this 27th day of March, 2006.

**s/  Hugh Lawson**
HUGH LAWSON
UNITED STATES DISTRICT JUDGE

cr